54 A.3d 10

John SPENCER, Petitioner.

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Respondent.

No. 121 EM 2012.

Supreme Court of Pennsylvania.

Sept. 24, 2012.

## ORDER

PER CURIAM.

AND NOW, this 24th day of September, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.

54 A.3d 11

Christopher J. FORD, Petitioner

v.

COURT OF COMMON PLEAS, and Commonwealth of Pennsylvania District Attorney of Philadelphia County, Pennsylvania, Respondents.

No. 114 EM 2012.

Supreme Court of Pennsylvania.

Sept. 24, 2012.

## ORDER

PER CURIAM.

AND NOW, this 24th day of September, 2012, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.